No. —, original. Jones, Governor, ex rel. Louisiana et al. v. Bowles, Price Administrator. May 1, 1944. The motion for leave to file the complaint is denied for want of jurisdiction of this Court to entertain it

---

*Decisions on applications for certiorari, post, pp. 718, 726; rehearing, post, p. 766; cases disposed of without consideration by the Court, post, p. 766.

under Article III, § 2, of the Constitution. Cf. (1) *Massachusetts* v. *Mellon*, 262 U. S. 447, 485–86; *Florida* v. *Mellon*, 273 U. S. 12, 18; (2) *New Hampshire* v. *Louisiana*, 108 U. S. 76; *Oklahoma* v. *Atchison*, *T. & S. F. Ry. Co.*, 220 U. S. 277; *Oklahoma ex rel. Johnson* v. *Cook*, 304 U. S. 387. *Mr. Vernon B. Lowrey* for complainants.